UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| RUSSELL STRICKLAND, | No.   2:20-cv-01094-JDP(SS) |
| Plaintiff, | |
| | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| Andrew Saul COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, in consideration of plaintiff's counsel's schedule, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to December 30, 2020.

This is a first extension, of about two weeks. Counsel has hearings and other briefs due in the interim.

Dated:   December 14, 2020                                    /s/    *Jesse S. Kaplan*
                                                                                JESSE S. KAPLAN

1

                                        Attorney for Plaintiff

McGREGOR SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated:  December 14, 2020                <u>/s/ per e-mail authorization</u>

CHANTAL JENKINS
Special Assistant U.S. Attorney
Attorney for Defendant

**ORDER**

For good cause shown, on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to December 30, 2020.

IT IS SO ORDERED.

Dated:   December 21, 2020                    _____
                                                                              JEREMY D. PETERSON
                                                                              UNITED STATES MAGISTRATE JUDGE