UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL STRICKLAND, | No.   2:20-cv-01094-JDP(SS) |
| Plaintiff, | |
| | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| Andrew Saul COMMISSIONER OF SOCIAL SECURITY, | ECF No. 16 |
| Defendant. | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, in consideration of plaintiff's counsel's schedule, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to January 5, 2021.

This is a second extension. The first was of about two weeks. Counsel has been working on another motion where he never notice the record being filed following a COVID delay and a hearing-level case with 4,500 or more pages of record. Even with this second extension, the delay is only about three weeks.

Dated:   December 28, 2020  /s/   *Jesse S. Kaplan*
JESSE S. KAPLAN
Attorney for Plaintiff


McGREGOR SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated:  December 28, 2020   */s/ per e-mail authorization*

CHANTAL JENKINS
Special Assistant U.S. Attorney
Attorney for Defendant

**ORDER**

For good cause shown, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to January 5, 2021, as stipulated, ECF No. 16.

IT IS SO ORDERED.

Dated:   January 5, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE