UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| RUSSELL STRICKLAND, | No.   2:20-cv-01094-JDP(SS) |
| Plaintiff, | |
| | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |
| v. | |
| | ECF No. 21 |
| Andrew Saul COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, in consideration of plaintiff's counsel's schedule, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to  March 8, 2021.

This is a first extension. Plaintiff's counsel has a Ninth Circuit opening brief due when this brief would be due and at least one motion for summary judgment due after that.

1

Dated:   February 22, 2021        /s/    *Jesse S. Kaplan*
                                  JESSE S. KAPLAN
                                  Attorney for Plaintiff


                                  McGREGOR SCOTT
                                  United States Attorney
                                  DEBORAH LEE STACHEL
                                  Regional Counsel, Region IX
                                  Social Security Administration

Dated:  February 22, 2021          */s/ per e-mail authorization*

                                  LARA A. BRADT
                                  Special Assistant U.S. Attorney
                                  Attorney for Defendant

**ORDER**

For good cause shown based on this stipulation, the requested extension of plaintiff's time to file a reply brief is extended to March 8, 2021.  The court construes the parties' stipulation, ECF No. 21, as a motion that is hereby granted.

IT IS SO ORDERED.

Dated:   March 2, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE